Godson Eruchalu

7730 North Jones Blvd.

Las Vegas, NV 89131

702-204-2430

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GODSON ERUCHALU, )
                                                 Plaintiff, )

vs. )    Case No. 2:12-cv-01264-MMD-VCF

)    **CERTIFICATE OF INTERESTED**
)    **PARTIES**

U.S. BANK, NATIONAL ASSOCIATION;
US BANK HOME MORTGAGE;
US BANK HOME MORT OUTSOURCING;
NATIONAL DEFAULT SERVICING CORP;
MERSCORP;
TIFFANY & BOSCO PA;
FIRST OPTION MORTGAGE

                                       Defendants.

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW. Plaintiff Godson Eruchalu [hereinafter "Plaintiff"], and hereby and pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, files his Certificate of Interested Parties and certifies that the following have a direct, pecuniary interest in the outcome of this case:

1) US Bankcorp, a Minnesota Corporation
2) US Bank National Association, a Kentucky Foreign National Bank
3) US Bank Home Mortgage, a Kentucky Corporation
4) US Bank Home Mortgage, an Ohio Corporation
5) US Bank Home Mortgage Outsourcing, a Kentucky Corporation
6) US Bank Home Mortgage, a Missouri Corporation
7) U.S. Bancorp Mortgage Professionals, LLC, a Minnesota Limited Liability Company
8) U.S. Bancorp Service Providers, LLC, a Kentucky Limited Liability Company
9) USB Lending Support Services, LLC, a Minnesota Limited Liability Company
10) U.S. Bancorp Advantage LLC, a Minnesota Limited Liability Company
11) U.S. Bancorp National Account Services LLC., a Minnesota Limited Liability Company

1

12) U.S Bancorp Investments, Inc, a Minnesota Corporation
13) US Bank Asset Managements Inc, a Minnesota Corporation
14) U.S. Bancorp Fund Services, LLC, a Wisconsin Limited Liability Company
15) U.S. Bancorp Insurance Services, LLC, a Montana Limited Liability Company
16) U.S Bancorp Insurance Services Inc, a Montana Corporation
17) U.S Bancorp Insurance Service & Investments Inc, a Wyoming Corporation
18) National Default Servicing Corporation, an Arizona Corporation
19) MERSCORP (MERS), a Delaware Corporation
20) Tiffany & Bosco P.A, an Arizona Corporation
21) First Option Mortgage, a Georgia Limited Liability Company
22) Fidelity National Title Agency of Nevada Inc, a Nevada Corporation

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this twenty sixth day of July, 2012.

_____
Godson Eruchalu
Plaintiff

CERTIFICATE OF ELECTRONIC SERVICE

Pursuant to Rule 5(b) FRCP, I certify that I am the Plaintiff in the above entitled action, and that on this date I caused a true and correct copy of the "Certificate of Interested Parties" herein to be served upon the parties or attorneys by electronically filing the same with this Court pursuant to and in compliance with its CM/ECF filing system, to which the following named attorney for all named defendants is a signatory:

Gregory L. Wilde Esq.
Michael W. Mckelleb Esq.
Matthew K. Schriever Esq.
Tiffany & Bosco P.A
212 South Jones Blvd.
Las Vegas, NV 89107
Fax: (702) 258-8787

CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the Request For Product of Documents has been furnished by fax and by certified USPS Mail on this 26h day of July, 2012 to:

Tiffany & Bosco PA
Attorney for the Defendant
212 South Jones Blvd. Las Vegas, NV 89107
(Notice to Agents is Notice to Principles
Notice to Principles is Notice to Agents)

1  CERTIFICATE OF MAILING  Case #: 2:12-cv-01264-MMD-VCF

2  I HEREBY CERTIFY that a true and correct copy of the Request For Product of Documents has been furnished by fax and by certified USPS Mail on this 26h day of July, 2012 to:

3  The Office of:
4  US BANK NATIONAL ASSOCIATION.
   (Notice to Agents is Notice to Principles
5  Notice to Principles is Notice to Agents)
   4801 Frederica Street Owensboro, KY 42301
6

7  CERTIFICATE OF MAILING   Case #: 2:12-cv-01264-MMD-VCF

8  I HEREBY CERTIFY that a true and correct copy of the Request For Product of Documents has been furnished by fax and by certified USPS Mail on this 26h day of July, 2012 to:

9  The Office of:
   NATIONAL DEFAULT SERVICING CORPORATION.
10 (Notice to Agents is Notice to Principles
11 Notice to Principles is Notice to Agents)
   7720 N. 16th Street Suite 300 Phoenix Arizona 85020
12

13 CERTIFICATE OF MAILING   Case #: 2:12-cv-01264-MMD-VCF

14 I HEREBY CERTIFY that a true and correct copy of the Request For Product of Documents has been

15 furnished by fax and by certified USPS Mail on this 26h day of July, 2012 to:

16 The Office of:
   MERSCORP.  (MERS)
17 (Notice to Agents is Notice to Principles
   Notice to Principles is Notice to Agents)
18 1901 E. Voorhees Street
19 Suite C.
   Danville, IL m61834
20

21

22 DATED: at Clark County, Nevada this 26h day of July 2012

23

24                                                    _____
                                                      GODSON ERUCHALU
25

26

27

28

3