GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
MATTHEW K. SCHRIEVER, ESQ.
Nevada Bar No. 10745
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas NV 89107
Tel (702) 258-8200
Fax (702) 258-8787

Attorney for Defendants
NATIONAL DEFAULT SERVICING CORP
TIFFANY & BOSCO, PA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GODSON ERUCHALU,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION; US BANK HOME MORTGAGE; US BANK HOME MORT OUTSOURCING; NATIONAL DEFAULT SERVICING CORP; MERSCORP; TIFFANY & BOSCO PA; FIRST OPTION MORTGAGE,<br><br>        Defendants. | Case No.: 2:12-cv-01264-MMD-VCF<br>Hon. Judge Miranda M. Du<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendants, NATIONAL DEFAULT SERVICING CORP and TIFFANY & BOSCO, PA, certifies that there are no other known interested parties other than those already named in the case.

///

///

///

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this **15** day of **August**, 2012.

TIFFANY & BOSCO, P.A.

GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
MATTHEW K. SCHRIEVER, ESQ.
212 S. Jones Blvd
Las Vegas NV 89107

Attorney for Defendants
NATIONAL DEFAULT SERVICING CORP
TIFFANY & BOSCO, PA

## CERTIFICATE OF MAILING

I hereby certify that I am over the age of eighteen (18), that I am not a party to this action, and that on this date I caused to be served a true and correct copy of the following documents:

**CERTIFICATE OF INTERESTED PARTIES**

By:  **X**       U.S. Mail
        _____    Facsimile Transmission
        _____    Overnight Mail
        _____    Hand and/or Personal Delivery

and addressed to the following:

Godson Eruchalu
7730 N Jones Blvd
Las Vegas, NV 89131

DATED this **15th** day of **August**, 2012.

An employee of Tiffany & Bosco, P.A.