DOMINICA C. ANDERSON (SBN 2988)
BRIAN A. NEIGHBARGER (SBN 11225)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
E-Mail:  dcanderson@duanemorris.com
             baneighbarger@duanemorris.com

Attorneys for U.S. BANK, NATIONAL ASSOCIATION; US BANK HOME MORTGAGE; US BANK HOME MORT OUTSOURCING; AND MERSCORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GODSON ERUCHALU,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION; US BANK HOME MORTGAGE; US BANK HOME MORT OUTSOURCING; NATIONAL DEFAULT SERVICING CORP; MERSCORP; TIFFANY & BOSCO PA; FIRST OPINION MORTGAGE,<br><br>Defendants. | Case No.: 2:12-cv-01264-MMD-VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES OF U.S. BANK NATIONAL ASSOCIATION, US BANK HOME MORTGAGE, US BANK HOME MORT OUTSOURCING AND MERSCORP** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned counsel of record for U.S. Bank National Association (also incorrectly named as U.S. Bank Home Mortgage and U.S. Bank Home Mort Outsourcing) and Mortgage Electronic Registration Systems, Inc. ("MERS") (incorrectly named as Merscorp.) (collectively, "Defendants") certify that the following have an interest in the outcome of this case or are related to entities interested in the case:

U.S. Bank National Association is a wholly-owned subsidiary of U.S. Bancorp, a publicly-held Delaware corporation.  U.S. Bancorp is traded on the New York Stock Exchange under the symbol "USB."  No publicly-held corporation owns 10% or more of the stock of U.S. Bancorp.

MERS.  There is no publicly held corporation owning 10% or more of MERS' stock.;

MERSCORP, Inc., parent company of MERS;

1

1 | These representations are made to enable the judges of this Court to evaluate possible
2 | disqualification or recusal.

4 | DATED: August 30, 2012        DUANE MORRIS LLP

6 | By:  /s/ Brian A. Neighbarger
  |      Dominica C. Anderson (SBN 2988)
7 |      Brian A. Neighbarger (SBN 11225)

8 | Attorneys for U.S. BANK, NATIONAL ASSOCIATION; US BANK HOME MORTGAGE; US BANK HOME MORT OUTSOURCING; AND MERSCORP

2

# CERTIFICATE OF SERVICE

1. On August 30, 2012, I served the following document(s):

   **CERTIFICATE OF INTERESTED PARTIES OF U.S. BANK NATIONAL ASSOCIATION, US BANK HOME MORTGAGE, US BANK HOME MORT OUTSOURCING, AND MERSCORP**

2. I served the above-named document by the following means to the persons listed below:

   a. By electronic transmission through the CM/EFC filing system of the US Bankruptcy Court, District of Nevada

      **Matthew K. Schriever: mschriever@wildelaw.com;**
      **Gregory L. Wilde: feddc@wildelaw.com; and**

      **Godson Eruchalu**
      **7730 North Jones Blvd.**
      **Las Vegas, NV 89131**

3. I declare under penalty of perjury that the foregoing is true and correct.

SIGNED: August 30, 2012

Jennifer Coogan  /s/ Jennifer Coogan
(Name of Declarant)  (Signature of Declarant)

3