# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GODSON ERUCHALU, | 2:12-cv-01264-MMD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| U.S. BANK, *et al.,* | [Plaintiff's Motion to Admit "One" Missing Page of Supplemental Points and Authorities to Plaintiff's Motion for Leave to File Supplemental Support (#68)] |
| Defendants. | |

Before the Court is Plaintiff's Motion to Admit "One" Missing Page of Supplemental Points and Authorities to Plaintiff's Motion for Leave to File Supplemental Support. (#68).

Plaintiff seeks to provide the court page 30 of his First Supplemental Points and Authorities to Plaintiff's Motion for Leave to File Supplemental Support. He had noticed that page 30 was missing in his personal copy and was not sure if the Court was provided a copy of page 30. *Id.* The Court granted Plaintiff's Motion for Leave to File Supplemental Support (#52) on June 6, 2013. In reviewing Plaintiff's First Supplemental Points and Authorities to Plaintiff's Motion for Leave to File Supplemental Support (#35), the document does contain page 30 on the Court's docket; thus, making the instant Motion moot.

IT IS HEREBY ORDERED that Plaintiff's Motion to Admit "One" Missing Page of Supplemental Points and Authorities to Plaintiff's Motion for Leave to File Supplemental Support (#68) is DENIED as MOOT.

DATED this 1st day of August, 2013.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE