# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GODSON ERUCHALU,

        Plaintiff,

vs.

U.S. BANK, *et al.*,

        Defendants.

Case No. 2:12–cv–1264–MMD–VCF

**ORDER**

    Before the court are Defendant First Option's Motion to Strike (#121), Motion for Leave to File Excess Pages (#140), and Plaintiff Godson Eruchalu's Joint Stipulation to Extend Discovery (#138). As stated during the court's August 8, 2014, hearing, First Option's motions are granted and discovery is extended as stated below.

    First, Plaintiff First Option moves to strike Eruchalu's response to Defendant's answer (#111). Federal Rule of Civil Procedure 7 governs pleadings. Under Rule 7, there is no such thing as a response to an answer. A party may file "a reply to an answer" if the court orders one. This, however, did not occur here. Accordingly, Eruchalu's response to Defendant's answer (#111) is stricken.

    Second, Plaintiff First Option moves to strike Eruchalu's two motions for leave to file newly discovered evidence (#134, #137). As stated during the court's hearing, Local Rule 26-8 states the discovery should not be filed with the court. Nonetheless, Eruchalu filed two motions that consist of discovery. This is not only unnecessary, it also clogs the docket with needless information. Accordingly, Eruchalu's two motions for leave to file newly discovered evidence (#134, #137) are stricken.

    Third, First Option moves for leave to file excess pages in connection with a motion to compel (#140). Local Rule 7-4 states, "[u]nless otherwise ordered by the court, pretrial and post-trial briefs and

points and authorities in support of, or in response to, motions shall be limited to thirty (30) pages including the motion but excluding the exhibits." Good cause appearing, the court granted First Option's motion by permitting the parties to file nine (9) additional pages in connection with the motion to compel, Eruchalu's response, and First Option's reply. This means that First Options motion cannot exceed 39 pages, Eruchalu's response cannot exceed 39 pages, and First Option's reply cannot exceed 29 pages.

Fourth, by stipulation of the parties and good cause appearing, the following dates apply: (1) Plaintiff's motion to compel, which will be briefed in the ordinary course, must be filed by August 15, 2014; (2) the discovery deadline is December 19, 2014; (3) the dispositive motion deadline is January 19, 2015; and (4) the joint pretrial order is due February 19, 2015.

Fifth, all future stipulations must be signed by hand by counsel for each party. Stipulations containing electronic signatures denoted by "/s/" will be stricken without notice.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that First Option's Motion to Strike (#121) is GRANTED.

IT IS FURTHER ORDERED that First Option's Motion for Leave to File Excess Pages (#140) is GRANTED. First Options motion cannot exceed 39 pages, Eruchalu's response cannot exceed 39 pages, and First Option's reply cannot exceed 29 pages.

IT IS FURTHER ORDERED that the above dates APPLY.

IT IS FURTHER ORDERED that all future stipulations must be signed by HAND by counsel for each party.

DATED this 12th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE