**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

GODSON ERUCHALU,

        Plaintiff,

vs.

U.S. BANK, *et al.,*

        Defendants.

2:12-cv-01264-RFB-VCF

**<u>ORDER</u>**

Before the court are the following motions:

1. Plaintiff's Motion for Protective Order, to Stay Deposition, Imposition of Sanctions and Objections to Notice of Taking Video Depositions of Plaintiff. (#s 188, 189, and 190),

2. Emergency Motion to Compel Plaintiff's Deposition. (# 192).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion for Protective Order, to Stay Deposition, Imposition of Sanctions and Objections to Notice of Taking Video Depositions of Plaintiff. (#s 188, 189, and 190) and Emergency Motion to Compel Plaintiff's Deposition. (# 192) is scheduled for 10:00 a.m., December 19, 2014, in courtroom 3D.

No additional briefing will be needed.

IT IS SO ORDERED.

DATED this 10th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE