**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

GODSON ERUCHALU,

        Plaintiff,

vs.

U.S. BANK, et al.,

        Defendant.

2:12-cv-01264-RFB-VCF

**ORDER**

Before the Court are Plaintiff's motion for extension of time to order transcript (#287), motion to temporary retention of records at the District Court for use in preparation of appeal (#288), and motion to compel (#295).

This case is on appeal (#275). The Ninth Circuit has issued an Order (#279) for transcript time schedule. Any requests for extensions of time to order transcripts must be filed with the Ninth Circuit. Any motions to compel must also be filed with the Ninth Circuit. Once a notice of appeal has been filed, this Court does not have jurisdiction to make rulings on these requests.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's motion for extension of time to order transcript (#287) is DENIED.

IT IS FURTHER ORDERED the Plaintiff's motion to compel (#295) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion for temporary retention of records at the District Court for Use in Preparation of Appeal (#288) is DENIED as UNNECCESSARY. Court filings are in electronic format and maintained on CM/ECF.

DATED this 3rd day of May, 2016.

                                                                       CAM FERENBACH
                                                                       UNITED STATES MAGISTRATE JUDGE