1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

* * *

7

GODSON ERUCHALU,

Case No. 2:12–cv–1264–RFB–VCF

8

Plaintiff,

**ORDER ADOPTING REPORT &
RECOMMENDATION OF
MAGISTRATE JUDGE CAM
FERENBACH**

9

v.

10

U.S. BANK, NATIONAL ASSOCIATION;
U.S. BANK HOME MORTGAGE; *et. al.*,

11

12

Defendant.

13

14

Before the Court for consideration is the Report and Recommendation of the Honorable

15

Cam Ferenbach, United States Magistrate Judge, entered April 20, 2016 (ECF No. 296), that

16

recommends denial of Defendant First Option's motion for attorney fees (ECF Nos. 269). The

17

Court adopts Judge Ferenbach's Recommendation in full.

18

A district court "may accept, reject, or modify, in whole or in part, the findings or

19

recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific

20

written objections to the findings and recommendations of a magistrate judge. 28 U.S.C.

21

§ 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is

22

required to "make a de novo determination of those portions of the report or specified proposed

23

findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local

24

Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct

25

"any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge.

26

Thomas v. Arn, 474 U.S. 140, 149 (1985).

27

/ / /

28

/ / /

1

2   Pursuant to Local Rule IB 3-2(a), objections were due by May 7, 2016. Defendant did not

3   file an objection to the Recommendation. The Court has reviewed the record in this case and

4   concurs with the Judge Ferenbach's recommendation.

5   **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 296) is

6   ADOPTED in full.

7   **IT IS FURTHER ORDERED** that Defendant's Motion for Attorney Fees (ECF No. 269)

8   is DENIED without prejudice.

9   **DATED:** June 28, 2016.

10  _____

11  **RICHARD F. BOULWARE, II**
    **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28