AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Godson Eruchalu

Plaintiff,

V.

U.S. Bank, National Association, et al.,

Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL ACTION**

Case Number: 2:12-cv-01264-RFB-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendant First Option Mortgage's Amended Motion for Attorney's Fees is Granted. Attorney's fees are awarded in the amount of $189,908.65.

March 30, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ S. Denson

(By) Deputy Clerk